**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ROSA ELENA CONTRERAS-DE ELENA,<br><br>            Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>            Respondent. | No. 08-71321<br><br>Agency No. A070-105-480<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 23, 2010[**]

Before:     LEAVY, HAWKINS, and THOMAS, Circuit Judges.

     Rosa Elena Contreras-De Elena, a native and citizen of Colombia, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing her

---

     [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

appeal from an immigration judge's decision denying her motion to reopen exclusion proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

The BIA dismissed Contreras-De Elena's appeal as moot because she departed during the pendency of her appeal. In an intervening opinion, *Coyt v. Holder*, 593 F.3d 902, 907 (9th Cir. 2010), this court held that a petitioner's physical removal by the government while his motion to reopen was pending did not constitute withdrawal of the motion. We remand for the BIA to reconsider whether Contreras-De Elena's appeal is withdrawn in light of our holding in *Coyt*.

In light of our disposition, we need not reach Contreras-De Elena's remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**